JULIANA DROUS
Attorney at Law, SBN 92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Fax: (415) 255-8631
jdrous@msn.com

Attorney for Defendant
HENRY OLIVER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR-01-0186 MMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| HENRY OLIVER, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the sentencing hearing be continued for one week, to January 23, 2013, at 2:15 p.m. Juliana Drous, attorney for defendant Henry Oliver, has a scheduling conflict January 16, 2013, the day sentencing is currently scheduled.

DATED: January 2, 2013        /s/   Juliana Drous
                              JULIANA DROUS
                              Attorney for Defendant
                              HENRY OLIVER

DATED: January 2, 2015        /s/ Cynthia Frey
                              CYNTHIA FREY
                              Asst. United States Attorney

IT IS SO ORDERED.

DATED:  January 2, 2013       *[signature]*
                              HON. MAXINE M. CHESNEY
                              U.S. District Court Judge

STIPULATION RE: CONTINUANCE OF SENTENCING DATE