# United States District Court
## Northern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| HENRY OLIVER | (For Offenses Committed On or After November 1, 1987) |

USDC Case Number: CR-01-00186-001 MMC
BOP Case Number: DCAN301CR000186-001
USM Number:     Unknown
Defendant's Attorney :Juliana Drous, 214 Duboce Avenue, San Francisco, CA 94103

**THE DEFENDANT:**

[x] admitted guilt to violation of condition(s) <u>Special Condition Number One (1)</u> of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Two | Failure to abstain from the use of alcohol | 2/21/2013 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[x] The government's motion to dismiss violation of <u>General Condition of Supervised Release (Charge One)</u> is granted.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 6158 | March 13, 2013 |
| | Date of Imposition of Judgment |
| Defendant's Date of Birth: 1967 | |
| | *Maxine M. Chesney* (signature) |
| Defendant's USM No.: Unknown | Signature of Judicial Officer |
| Defendant's Residence Address: | |
| U.S. Marshal Service | Honorable Maxine M. Chesney, U. S. District Judge |
| | Name & Title of Judicial Officer |
| Defendant's Mailing Address: | |
| U.S. Marshal Service | March 14, 2013 |
| | Date |

DEFENDANT: HENRY OLIVER  
CASE NUMBER: CR-01-00186-001 MMC

Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  356 days .

[**x**]  The Court makes the following recommendations to the Bureau of Prisons:
That the defendant be placed in a facility as close as possible to the San Francisco Bay Area to allow for visits from his three (3) year old son and family.

[**x**]  The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]  The defendant shall surrender to the United States Marshal for this district.

  [ ] at ___ [] am [] pm on ___.
  [ ] as notified by the United States Marshal.

  The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  [ ] before 2:00 pm on ___.
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Office.

  The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy United States Marshal